Daniel S. Szalkiewicz, Esq.
Cali P. Madia, Esq.
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff T.K.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| T.K.<br><br>            Plaintiff,<br><br>     v.<br><br>█████████████████████<br><br>            Defendant. | Case No. 23-cv-05441<br><br>**MOTION FOR LEAVE FOR PLAINTIFF TO APPEAR ANONYMOUSLY** |

PLEASE TAKE NOTICE that Plaintiff, by and through her undersigned counsel, Daniel

Szalkiewicz & Associates, P.C., upon the accompanying Memorandum of Law, the Certification

of T.K. dated July 18, 2023, and the exhibits annexed thereto, will move the Court, on August

15, 2023, for an Order granting Plaintiff permission to proceed under a pseudonym and directing

all parties to refer to Plaintiff as "T.K." or "Plaintiff" in all filings, and not otherwise publicly

identify Plaintiff.

Dated:  New York, New York
           July 18, 2023

Daniel Szalkiewicz & Associates, P.C.
By:     */s/ Daniel S. Szalkiewicz*
Daniel S. Szalkiewicz, Esq.
Cali P. Madia, Esq.
*Attorneys for Plaintiff T.K.*
23 West 73rd Street, Suite 102
New York, NY 10023
Tel: (212) 706-1007
Fax: (914) 500-2315
daniel@lawdss.com