# AFFIDAVIT OF SERVICE

**State of New York**  **County of NEW YORK**  **U.S. District Court, Eastern District Court**

Index Number: CV-5441-23
Date Filed: 7/24/2023

Plaintiff: **T.K.**
vs.
Defendant:

For:
70610
DANIEL SZALKIEWIEZ & ASSOCIATES
23 WEST 73RD STREET, STE. 102
NEW YORK, NY 10023

Received by ELITE LEGAL SERVICES OF NY INC. to be served on
STREET, NY 11360.

I, MARIA GIAMPILIS, being duly sworn, depose and say that on the **3rd day of August, 2023 at 6:23 pm, I:**

**AFFIXED** a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** to the door at the address of: NY 11360, the same being the defendant/respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** in a postpaid envelope to the address of: **28-40 208TH STREET, BAYSIDE, NY 11360** bearing the words "Personal & Confidential" by First Class Mail on **8/4/2023** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Upon the information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

**Additional Information pertaining to this Service:**
7/31/2023  10:55 am  Attempted service at                                             Spoke with a Blonde, 60 year old female, said no one by that name. She took pictures of my car.
8/2/2023  8:13 pm  Attempted service at                                             same women from previous attempt was looking out window, would not open door
8/3/2023  6:23 pm  Attempted service at                                             Avoiding conflict. They are at the window. Documents posted.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 7th day of August, 2023 by the affiant who is personally known to me.

_____
CORISSA MARTINEZ
COMMISSIONER OF DEEDS
City of New York - No. 3-7441
Certificate filed in Bronx County
Commission Expires August 1, 2024

_____
MARIA GIAMPILIS
2015553

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2023002630

