UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
T.K.

                                                      **NOTICE OF APPEARANCE**

                Plaintiff

    -against-

                                            Case No.:   23cv05441 (ARR)(LB)

                Defendants.
------------------------------------------------------------------x

PLEASE TAKE NOTICE THAT Oscar Michelen, of CUOMO LLC appears on behalf of the defendant ▮ in this matter. His contact address is 200 Old Country Road, Suite 2 South, Mineola, NY 11501. His phone number is 516 741-3222 and his fax is 516-741-3223. His email address is omichelen@cuomollc.com

Dated:  August 22, 2023                        /s/ *Oscar Michelen*

                                              OSCAR MICHELEN
                                              CUOMO LLC
                                              200 Old Country Road
                                              Mineola NY 11501
                                              516-741-3222
                                              Fax: 516-741-3223
                                              omichelen@cuomollc.com