

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516) 741-3222/Fax: (516) 741-3223

September 25, 2023

Hon. Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
VIA ECF

        Re: T.K. v. ███████
        Case No.: 23 cv 5441(ARR)(LB)

Dear Judge Bloom:

    I am attorney of record for defendant in the above matter. This letter serves as a response to plaintiff's motion for leave to proceed anonymously.

    Defendant does not object to allowing Plaintiff to proceed anonymously.

    Thank you for your attention in this matter.

                                  Sincerely,

                                  s/Oscar Michelen

                                  OSCAR MICHELEN

OM:sjk