# Daniel Szalkiewicz
# & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

October 6, 2023

**Via ECF**
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    *Re:*    ***T. K. v.*** ███████████████
           ***United States District Court, Eastern District of New York***
           ***Case No.: 1−23−05441−ARR-LB***

Dear Judge Bloom,

    Our office represents the plaintiff, T. K., in the above-referenced proceeding. This case is currently scheduled for an initial conference on October 11, 2023 at 11:00 a.m. I am currently engaged in another matter in Long Island during this time and respectfully request that the conference be adjourned.

    Mr. Michelen, counsel for the defendant, consents to the adjournment.

    I thank the court in advance for its help with this matter.

                                   Respectfully submitted,

                                   Daniel Szalkiewicz & Associates, P.C.

                                   By: Daniel S. Szalkiewicz, Esq.
                                   ***daniel@lawdss.com***