# Daniel Szalkiewicz
# & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

April 1, 2024

**Via ECF**
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    *Re:*    **T. K. v.** ███████████████████████
           *United States District Court, Eastern District of New York*
           *Case No.: 1−23−05441−ARR-LB*

Dear Judge Bloom,

    Our office represents the plaintiff, T. K., in the above-referenced proceeding. On February 12, 2024, the parties appeared at mediation and agreed to resolve the matter. The attorneys have been able to draft a settlement agreement memorializing the terms of the settlement. The document has been approved by the parties and is currently awaiting their signatures. We anticipate having the signed agreement completed this week.

    I thank the court in advance for its help with this matter.

Respectfully submitted,

DANIEL SZALKIEWICZ & ASSOCIATES, P.C.

By: Daniel S. Szalkiewicz, Esq.
*daniel@lawdss.com*

Daniel Szalkiewicz & Associates, P.C.