UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| T.K.<br><br>        Plaintiff,<br><br>   v.<br><br>██████████████████<br><br>        Defendant. | Case No. 23 cv 5441<br><br>AFFIRMATION |

**OSCAR MICHELEN**, an attorney admitted to practice in the Eastern District of New York affirms he truth of the following upon information and belief based upon the files maintained in my office.

I am a member of Cuomo LLC, attorneys of record for the defendant and as such am fully familiar with the facts and circumstances surrounding this application.

    1.  This affirmation is submitted in support of defendant's motion to seal the docket and for other related relief.

    2.  This action was commenced on July 18, 2023, by the filing of a complaint. A copy of the complaint is attached as Exhibit "A."

    3.  On September 26, 2023, the defendant filed his answer. The answer is attached as Exhibit "B."

    4.  On September 28, 2024, the Court granted plaintiff's request for leave to proceed anonymously. See Docket Entry # 13.

    5.  The Court referred the parties to mediation on October 19, 2024. See Docket Entry # 15.

6. The mediation was held on February 14, 2024, and the matter settled during the mediation session.

7. Defendant moved by letter motion for a pre-motion conference for leave to file a motion to seal the docket on April 4, 2024 (Docket Entry # 17) and May 2, 2024 (Docket Entry #18).

8. On May 6, 2024 (Docket Entry #18) The Court granted defendant leave to file this motion by June 3, 3024.

9. The legal support for the motion is contained in the accompanying memorandum of law.

10. It is respectfully requested that the motion be in all respects granted , along with such other and further relief as the Court deems just and proper.

Dated: May 22, 2024                                         s/Oscar Michelen

                                                            OSCAR MICHELEN