UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————————x

T.K.

                    Plaintiff,

        v.

                                                        **STIPULATION**
                                                    **OF**
                                                    **DISCONTINUANCE**


KAYVON NOSSRATI a/k/a KAYVON NAZARI      Case No. 23cv5441(ARR)(LB)
                        Defendant.

——————————————————————————x

IT IS HEREBY STIPULATED AND AGREED TO by and between counsel for the

parties to the parties in this action:

(1) That the action is hereby discontinued with prejudice and without costs to either party;

(2) That the court still has to determine the pending motion for relief filed by defendant and that this motion is not withdrawn by the filing of this stipulation;

(3) That this stipulation may be signed in counterpart;

(4) That electronic and facsimile signatures shall qualify as signatures to the stipulation;

(5) That the stipulation once executed may be filed in court without further notice.

Dated  June 6, 2024

| | |
|---|---|
| _s/Daniel Szalkiewicz | /s/ Oscar Michelen |
| DANIEL SZALKIEWICZ & ASSOCIATES | CUOMO LLC |
| By: Daniel Szalkiewicz | BY: Oscar Michelen |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 23 West 73rd Street | 200 Old Country Road |
| Suite 102 | Suite 2 South |
| New York, NY 10023 | Mineola, NY 11501 |
| (212)706-1007 | (516)741-3222 |
| daniel@lawdss.com | omichelen@cuomollc.com |

/s/(ARR)

SO ORDERED:_____