UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

T.K.

        Plaintiff,

  v.

KN,

        Defendant.

Case No. 23 cv 5441

NOTICE OF MOTION

PLEASE TAKE NOTICE THAT Defendant KN, by and through his attorneys, CUOMO LLC hereby moves this court for sealing of the docket and for such other and further relief and the court deems just and proper, before the Honorable Lois Bloom and in accordance with court's Individual Rules and Practices in Civil Cases.

Dated: October 1, 2024                              /s/ *Oscar Michelen*

eOSCAR MICHELEN)
CUOMO LLC
Attorneys for Defendant KN
200 Old Country Road
Mineola NY 11501
516-741-3222
Fax: 516-741-3223
omichelen@cuomollc.com